**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

QOTD Film Investment Ltd.
Plaintiff,
v.
Case No.: 1:16−cv−02462
Honorable Amy J. St. Eve
Does 1−28, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 23, 2016:

MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 5/23/2016 and continued to 7/20/2016 at 08:30 AM. Motion to quash or vacate subpoena [14] is denied without prejudice for failure to comply with FRCP 11 and NDIL Local Rule 5.3(b).Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.